Peterson & Kimball Company, Defendant in Error,
v. William A. Thompson et al., Defendants. Ed-
ward H. Marhoefer, Plaintiff in Error.

Gen. No. 19,074.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN D.
TURNBAUGH, Judge, presiding. Heard in the Branch Appellate
Court at the October term, 1913. Affirmed. Opinion filed May 12,
1915. Rehearing denied June 1, 1915.

## Statement of the Case.

Action by Peterson & Kimball Company, a corpora-
tion, plaintiff, against William A. Thompson, Edward
H. Marhoefer and Wellington T. Stewart, defendants,
to recover $199.55 on an account stated. Service was
had upon Thompson who defaulted and judgment was
rendered against him for the amount claimed. There-
after *scire facias* was issued and served upon the other
defendants and a trial resulted in a finding and judg-
ment against them. A writ of error was sued out to
reverse said judgment and a brief and argument were
filed by defendant Marhoefer.

The evidence shows that in July and August, 1911,
defendant Thompson was engaged in the theatrical
business in the city of Chicago, doing business as the
Thompson Opera Company. Defendant Stewart be-
came associated with him in the business on or about
August 1, 1911, at which time some preliminary steps
were taken for the organization of a corporation to
be known as the ''Col. W. A. Thompson Co., Inc.''
The organization of this corporation was never com-
pleted. On September 1, 1911, defendant Marhoefer
was induced to take an interest in the business, and
Thompson, Stewart and Marhoefer then entered into
a written contract by which Thompson became presi-
dent and manager.

On August 29th, preceding, Thompson gave to plaintiff an order to print certain programs, slips, cuts, etc., for use in the business of the company, which order was filled and delivered by plaintiff on September 5th, and further orders for like work were filled and delivered by plaintiff on September 9th, 18th, 23rd and 30th. The total amount of the bill for said work was $199.55, and upon the presentation of said bill to Thompson, he made an indorsement thereon, as follows: "O. K. Col. W. A. Thompson Co. (Not inc.) by W. A. Thompson, Mgr." This constituted the account stated which is sued upon.

BUNGE, HARBOUR & CHADWICK, for plaintiff in error.

WILLIAM M. LAWTON, for defendant in error.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

## Abstract of the Decision.

1. CORPORATIONS, § 28*—*when members liable as partners.* A company which is not a corporate body is a partnership, composed not merely of the directors, but of all the subscribers to the articles of association.

2. PARTNERSHIP, § 269*—*when partner liable for act prior to membership ratified thereafter.* Even though an order for goods was given before a person became a member of a partnership where, after he became such, the partner ordering the goods agreed that the items of the account were correct and impliedly agreed to pay therefor, such subsequent partner becomes liable thereon.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.